UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In Re: | Chapter 13 |
| ELIZABETH SMITH CARTER<br>P O BOX 27015<br>MEMPHIS, TN  38167 | Case No.: 08-21651-E |

## TRUSTEE'S FINAL ACCOUNTING AND REPORT & MOTION TO CLOSE CASE

The above case having been DISMISSED PRIOR TO CONFIRMATION on July 25, 2008, your Trustee makes his or her final accounting as follows:

| | | |
|---|---:|---:|
| Total Receipts | | $150.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 150.00 |
| | | |
| Administrative Fees: | | |
|     Filing Fee | 141.00 | |
|     Notice Fees | 0.00 | |
|     Attorney Fees | 0.00 | |
|     Trustee Fees | 9.00 | |
|     Court Ordered Automobile Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 150.00 |

WHEREFORE, your Trustee shows this Court that the estate has been properly and fully administered in accordance with the requirements of the Bankruptcy Code and Rules, and the estate is ready for closing, and prays that a Final Decree be entered discharging the Trustee and closing the estate, and granting such other and further relief as the Court may deem just and proper.

| | TOTAL CLAIMS: | |
|---|---|---:|
| /s/ Sylvia Ford Brown/LS | PRIORITY | 0.00 |
| Date: October 24, 2008 | SECURED | 0.00 |
| FEUERSTEIN AND ASSOCIATES | UNSECURED | 16,791.50 |